Stacey H. Wang (State Bar No. 245195)
Vince Farhat (State Bar No. 183794)
Juan M. Rodriguez (State Bar No. 313284)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel.: 213.896.2400
Fax: 213.896.2450
stacey.wang@hklaw.com
vince.farhat@hklaw.com
juan.rodriguez@hklaw.com

*Attorneys for Defendant*
*Yuh-Yue Chen*

Amy J. Longo (SBN 198304)
Janet R. Weissman (SBN 137023)
Ansu Nath Banerjee (D.C. Bar No. 440660)
SECURITIES AND EXCHANGE COMMISSION
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904
longoa@sec.gov
weissmanj@sec.gov
banerjeea@sec.gov

*Attorneys for Plaintiff*
*Securities and Exchange Commission*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>YUH-YUE CHEN,<br><br>　　　　Defendant. | Case No.: 2:19-cv-02734-DSF-E<br>Hon. Dale S. Fischer<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)<br><br>Complaint Filed: April 10, 2019<br>Response Date:　May 6, 2019<br>New Response Date: June 5, 2019 |

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 8-3)

This Stipulation is entered into by and between Defendant YUH-YUE CHEN ("Defendant") and Plaintiff SECURITIES AND EXCHANGE COMMISSION ("SEC"), through their respective undersigned counsel, with reference to the following:

WHEREAS, Defendant was served with summons and complaint in this action on April 13, 2019, making a response due by May 6, 2019;

WHEREAS, counsel for Defendant and the SEC have agreed to extend Defendant's time to respond to SEC's Complaint to June 5, 2019; and

WHEREAS, in accordance with Local Rule 8-3, this extension is not for more than a cumulative total of thirty (30) days from the date the response initially would have been due and, therefore, no court order is necessary.

NOW, THEREFORE, the parties hereby stipulate that Defendant shall have until June 5, 2019 to respond to the Complaint.

Dated: April 30, 2019

Respectfully Submitted,

HOLLAND & KNIGHT LLP


*/s/ Stacey H. Wang*
Stacey H. Wang
Vince Farhat
Juan M. Rodriguez

*Attorneys for Defendant,*
*Yuh-Yue Chen*


Dated: April 30, 2019

SECURITIES AND EXCHANGE COMMISSION


/s/ *Amy J Longo*
Amy J. Longo
Ansu N. Banerjee
Janet R. Weissman

*Attorneys for Plaintiff,*
*Securities and Exchange Commission*

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 8-3)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

## **L.R. 5-4.3.4(a) CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2), Stacey H. Wang hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Stacey H. Wang*
Stacey H. Wang

- 3 -

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 8-3)

# **PROOF OF SERVICE**

State of California          )
                            )    ss.
County of Los Angeles       )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 400 South Hope Street, 8th Floor, Los Angeles, California 90071.

On **May 1, 2019,** I served the document described as STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3) on the interested parties in this action:

**[x] By Electronic Transfer to the CM/ECF System**

In accordance with Federal Rules of Civil Procedure 5(d) (3), Local Rule 5-3.2, and General Order 07-08, I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed documents to the United States District Court Central District of California' Case Management and Electronic Case Filing (CM/ECF) system on this date. It is my understanding that by transmitting these documents to the CM/ECF system, they will be served on all parties of record according to the preferences chosen by those parties within the CM/ECF system. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **May 1, 2019,** at Los Angeles, California.

_/s/ Elena Zyalyukova_
Elena Zyalyukova

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

#67448684_v1

- 4 -

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 8-3)